NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

EMCORE CORPORATION,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

AVAGO TECHNOLOGIES FIBER IP (SINGAPORE) PTE. LTD., AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., AND AVAGO TECHNOLOGIES, LTD.,
*Intervenors.*

---

2011-1069

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-669.

---

ON MOTION

---

ORDER

Emcore Corporation moves for a 35-day extension of time, until June 30, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAY 2 0 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Frederick A. Lorig, Esq.
     John C. Vetter, Esq.
     Clint A. Gerdine, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 0 2011

JAN HORBALY
CLERK